IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID B. MCDERMOTT, II, <br><br> Plaintiff, <br><br> v. <br><br> SEMINOLE DISTRICT COURT et al., <br><br> Defendants. | Case No. 23-CV-149-JFH-JAR |

### ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Jason A. Robertson.  Dkt. No. 23.  The Magistrate Judge recommends that the case be dismissed for failure to prosecute and failure to comply with the Court's Order to pay the filing fee.

Neither party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b).  Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court.  On that basis, the case is DISMISSED without prejudice.

IT IS SO ORDERED this 5th day of March 2026.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE